UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANCE DUNBAR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3147** |
| **STATE OF LOUISIANA** | **SECTION "N (6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Rance Dunbar for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITHOUT PREJUDICE for failure to exhaust.

New Orleans, Louisiana, this 18th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE